1020

No. 97–6574. ROBINSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–6575. ROMERO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–6583. STOKES v. SCHNEIDER ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–6593. O'LEARY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–6600. ORO-BARAHONA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–6603. MYERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–6605. QUINTANILLA ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–6606. CHESTER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–6607. CONLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–6608. CEDENO ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–6609. BYRD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–6611. ACUNA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–6615. MCFATRIDGE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–6617. RAMIREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–6618. O'NEILL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–6619. ROBINSON v. ORANGE COUNTY, FLORIDA. C. A. 11th Cir. Certiorari denied.